

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00877-CV

Gerald **VERGOTT**,
Appellant

v.

**DAVIS FAMILY IRREVOCABLE TRUST**, et al.,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 389367
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that the appellees recover their costs of this appeal from the appellant.

SIGNED July 16, 2014.

_____
Rebeca C. Martinez, Justice